01-0899 M
Fee Due
2pm

FILED
CLERK, U.S. DISTRICT COURT
JUL - 7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

United States District Court
Southern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> PLAINTIFF, ) <br> Vs. ) <br> MIGUEL CASTILLO. ) <br> DEFENDANT. ) | CASE NO. 307-MJ-01723-JMA <br> CV08-4439DDP(RZ) <br> MOTION TO DISSMIS UNDER THE NONE-VIOLENT OFFENDER REIEF ACT OF 2003 §2255. |

(530)

NOW COME THE DEFENDANT, MIGUEL CASTILLO. REQUESTING SENTENCE RELIEF UNDER THE FEDERAL PRISON BUREAU NONE-VIOLENT OFFENDER RELIEF ACT OF 2003; H.R. 3575(a). IN GENERAL, SECTION 3624 OF TITLE 18, UNITED STATES CODE, IS AMENDED-

(1) IN SUBSECTION (a), BY INSERTING 'AT THE EARLY RELEASE DATE PROVIDED IN SUBSECTION (g), IF APPLICABLE OTHERWISE' AFTER 'APRISONER SHALL BE RELEASED BY THE BUREAU OF PRISONS; (2) BY ADDING AT THE END OF THE FOLLOWING:

(g) EARLY RELEASE FOR CERTAIN NONE-VIOLANT OFFENDERS - NOTWITHSTANDING ANY OTHER PROVISIONS OF LAW, THE BUREAU OF PRISONS, PURSUANT TO A GOOD TIME POLICY, SHALL RELEASE FROM CONFINEMENT A PRISONER WHO HAS SERVED ONE-HALF OR MORE OF HIS TERM OF HIS TERM OF IMPRISONMENT (including any consecutive term or terms of imprisonment) IF THAT PRISONER;

(1) has attained the age of 45 years;

(2) has never been convicted of a crime of violence;

(3) has not engaged in any violation, involving conduct, of institutional disciplinary regulations:

    (1a.) Defendant was born 11/8/52

    (2a) Defendant has no convictions for crimes of Violence.

    (3a) Defendant has demostrated exemplanary conduct Throughout confinement.

FACTS:

1. Defendant is presently incarcerated at SAN DIEGO, METROPOLITANT CORRECTIONAL CENTER, to serve the sentence imposed by a federal court.

2. DEFENDANT was sentenced to 24 months OF IMPRISONMENT.

3. Defendant is seeking relief as all requirements ARE SPECIFICALLY MET.

THERE FORE, DEFENDANT RESPECTFULLY ASK THIS COURT TO GRANT TODAY THESE MOTION IN THE TRUE INTEREST OF JUSTICE.

*Miguel Castillo*

3/25/2008



**SHERRI R. CARTER**
District Court Executive
and Clerk of Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 North Spring Street, Room G-8 Los Angeles, CA 90012
Tel: (213) 894-7984

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Monday, July 07, 2008

**MIGUEL CASTILLO, REG. # 75777-195**
**M.C.C./HOUSE UNIT G-7**
**808 UNION ST.**
**SAN DIEGO, CA  92101**

Dear Sir/Madam:

A [X] Petition for Writ of Habeas Corpus was filed today on your behalf and assigned civil case number CV08- 4439 DDP (RZ)

A [ ] Motion pursuant to Title 28, United States Code, Section 2255, was filed today in criminal case number _____ and also assigned the civil case number _____

Please refer to these case numbers in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:
  [ ] District Court Judge _____
  [X] Magistrate Judge _____**Ralph Zarefsky**_____

at the following address:

[X] U.S. District Court
    312 N. Spring Street
    Civil Section, Room G-8
    Los Angeles, CA  90012

[ ] Ronald Reagan Federal
    Building and U.S. Courthouse
    411 West Fourth St., Suite 1053
    Santa Ana, CA  92701-4516
    (714) 338-4750

[ ] U.S. District Court
    3470 Twelfth Street
    Room 134
    Riverside, CA  92501

The Court must be notified within fifteen (15) days of any address change.  If mail directed to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the case with or without prejudice for want of prosecution.

Very truly yours,

Clerk, U.S. District Court

By: _____LHORN_____
    Deputy Clerk

CV-17 (01/01)          LETTER re FILING H/C PETITION or 28/2255 MOTION



**SHERRI R. CARTER**
District Court Executive
and Clerk of Court

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8 Los
Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Monday, July 07, 2008

MIGUEL CASTILLO, REG. # 75777-195
M.C.C./HOUSE UNIT G-7
808 UNION ST.
SAN DIEGO, CA  92101


Dear Sir/Madam:

Your petition has been filed and assigned civil case number        CV08- 4439 DDP (RZ)

Upon the submission of your petition, it was noted that the following discrepencies exist:

[X] 1. You did not pay the appropriate filing fee of $5.00.  Submit a cashier's check, certified bank check, business or corporate check, government issued check, or money order drawn on a major American bank or the United States Postal Service payable to 'Clerk U.S. District Court'.  If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's Declaration In Support of Request to Proceed In Forma Pauperis in its entirety.  The Clerk's Office will also accept credit cards (Mastercard, Visa, Discover, American Express) for filing fees and miscellaneous fees.  Credit card payments may be made at all payment windows where receipts are issued.

[X] 2. The Declaration in Support of Request to Proceed in Forma Pauperis is insufficient because:

[ ] (a) You did not sign your Declaration in Support of Request to Proceed in Forma Pauperis.

[ ] (b) Your Declaration in Support of Request to Proceed in Forma Pauperis was not completed in its entirety.

[X] (c) You did not submit a Certificate of Prisoner's Funds completed and signed by an authorized officer at the prison.

[ ] (d) You did not use the correct form.  You must submit this court's current Declaration in Support of Request to Proceed in Forma Pauperis.

[ ] (e) Other: _____

Enclosed you will find this court's current Prisoner's Declaration in Support of Request to Proceed in Forma Pauperis, which includes a Certificate of Funds in Prisoner's Account Form.

                                    Sincerely,

                                    Clerk, U.S. District Court
                                        LHORN
                                    By: _____
                                        Deputy Clerk

CV-111 (07/06)         NOTICE re: DISCREPENCIES FOR FILING OF HABEAS CORPUS PETITION





Miguel Castillo
Register # 75777198.
House Unite G-7
M.C.C.
808 Union Street
San Diego, Ca. 92101

Judge
Judith N. Keep
United States District
Southern California
880 Front Street
San Diego, Ca. 92101