FILED
CLERK, U.S. DISTRICT COURT

JUL 16 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>MIGUEL CASTILLO,<br><br>             Defendant. | CASE NO. CV 08-4439 DDP (RZ)<br>[S.D. Cal case no. 3:07-mj-01723-JMA]<br><br>ORDER TRANSFERRING MOTION TO SOUTHERN DISTRICT OF CALIFORNIA |

Miguel Castillo is confined in the Southern District of California and has filed a 28 U.S.C. § 2255 motion to challenge a sentence handed down in that District. "Generally," however,

> motions to contest the legality of a [federal] sentence must be filed under [28 U.S.C.] § 2255 in the sentencing court, while petitions that challenge the manner, location, or conditions of a sentence's execution must be brought pursuant to § 2241 in the custodial court.

*Harrison v. Ollison*, 519 F.3d 952, 956 (9th Cir. 2008) (quoting and following *Hernandez v. Campbell*, 204 F.3d 861, 864 (9th Cir. 2000) (footnote omitted)). This District Court did not sentence Castillo, nor is this his district of confinement. The Southern District sentenced him, and he is confined there.

Rather than dismiss this filing without prejudice, the Court in its discretion elects to transfer it to the proper district. *See* 28 U.S.C. §§ 1631 (transfer to cure lack of jurisdiction), 1406 (transfer to cure improper venue).

Accordingly, this motion is hereby TRANSFERRED to the United States District Court for the Southern District of California.

IT IS SO ORDERED.

DATED: 7-14-08

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

Presented By:

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| WESTERN DIVISION | SOUTHERN DIVISION |
|---|---|
| 312 North Spring Street, Room G-8 | 411 West Fourth Street, Suite 1053 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 |
| Tel: (213) 894-3535 | (714) 338-4750 |

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

**To:** Clerk, United States District Court
_____ District of _____

**Re:** Transfer of our Civil Case No. _____
Case Title: _____

Dear Sir/Madam:

**An order having been made transferring the above-numbered case to your district, we are transmitting herewith our file:**

☐ Original case file documents are enclosed in paper format.
☐ Electronic Documents are accessible through Pacer.
☐ Other: _____

Very truly yours,

Clerk, U.S. District Court

Date: _____  By _____
  Deputy Clerk

*cc:*  *All counsel of record*

### TO BE COMPLETED BY RECEIVING DISTRICT

**Please acknowledge receipt via e-mail to appropriate address listed below and provide the case number assigned in your district:**

☐ CivilIntakecourtdocs-LA@cacd.uscourts.gov    (Los Angeles Office)
☐ CivilIntakecourtdocs-RS@cacd.uscourts.gov    (Riverside Office)
☐ CivilIntakecourtdocs-SA@cacd.uscourts.gov    (Santa Ana Office)

Case Number: _____

Clerk, U.S. District Court

Date: _____  By _____
  Deputy Clerk