(RZx), 194, CLOSED, TRANSFERRED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:08–cv–04439–DDP–RZ

Miguel Castillo v. United States of America  
Assigned to: Judge Dean D. Pregerson  
Referred to: Magistrate Judge Ralph Zarefsky  
Cause: 28:2241 Petition for Writ of Habeas Corpus (federal)

Date Filed: 07/07/2008  
Date Terminated: 07/14/2008  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Miguel Castillo**  represented by  **Miguel Castillo**  
REG# 75777198  
803 Union Street  
San Diego, CA 92101  
PRO SE

V.

**Defendant**

**United States of America**  represented by  **Assistant 2241–2255 US Attorney LA–CR**  
AUSA – Office of US Attorney  
Criminal Div – US Courthouse  
312 N Spring Street  
Los Angeles, CA 90012–4700  
213–894–2434  
Email: USACAC.Criminal@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/07/2008 | Ï 1 | PETITION for Writ of Habeas Corpus by a Person In Federal Custody (28:2241) Case assigned to Judge Dean D. Pregerson and referred to Magistrate Judge Ralph Zarefsky. (Filing fee $ 5: Fee Due.), filed by plaintiff Miguel Castillo.(ghap) (Entered: 07/08/2008) |
| 07/07/2008 | Ï 2 | NOTICE OF REFERENCE TO A U.S. MAGISTRATE JUDGE. Pursuant to the provisions of the Local Rules, the within action has been assigned to the calendar of Judge Dean D. Pregerson and referred to Magistrate Judge Ralph Zarefsky to consider preliminary matters and conduct all further matters as appropriate. The Court must be notified within 15 days of any change of address. (ghap) (Entered: 07/08/2008) |
| 07/14/2008 | Ï 3 | ORDER by Judge Dean D. Pregerson transferring case to Southern District Of California. Original file, certified copy of the transfer order and docket sheet sent. (MD JS–6. Case Terminated.) (Attachments: # 1 Letter Transfer Letter) (mz) (Entered: 07/17/2008) |