# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL CASTILLO,<br><br>               Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>               Respondent. | CASE NO: 08-CV-1289 W (CAB)<br><br>**ORDER TRANSFERRING MATTER TO CALENDAR OF THE HONORABLE WILLIAM Q. HAYES** |

    On July 7, 2008, Petitioner commenced this proceeding in the United States District Court for the Central District of California. On July 18, 2008, the case was transferred to this Court.

    Since the transfer, the Court has learned that Petitioner has an identical petition pending before the Honorable William Q. Hayes. (See Doc. No. 51 in Case No. 00cr1502.) Accordingly, on the Court's own motion and good cause appearing, the Court hereby **TRANSFERS** this matter to Judge Hayes, Courtroom 4, for all further

//

//

1  proceedings.  After transfer, the case number should be changed to reflect Judge Hayes'
2  initials.  The new case number is therefore 08-cv-1289 WQH (CAB).
3
4      **IT IS SO ORDERED.**
5
6  DATED: July 24, 2008
7
8                                                    _____
                                                    Hon. Thomas J. Whelan
9                                                    United States District Judge